AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Jasiel Eduardo Andrade-Santander

United States District Court
Southern District of Texas
FILED

JAN 0 5 2023

Nathan Ochsner, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-23-0025-M

IAE   YOB: 1994
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __January 4, 2023__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)
the Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Jasiel Eduardo Andrade-Santander was encountered by Border Patrol Agents near Mission, Texas on January 4, 2023. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on November 27, 2022, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on September 2, 2021, through Hidalgo, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA C. McColgan
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

January 5, 2023   7:19 a.m.

Juan F. Alanis                    , U.S. Magistrate Judge
Name and Title of Judicial Officer

/s/ Timothy R. Young
Signature of Complainant
Timothy R. Young           Border Patrol Agent

Signature of Judicial Officer